# SECURITY PREVENTION/LIQUID ASSETS, VENTURE CAPITAL SERVICES

A SOLE-PROPRIETORSHIP

172 TAUNTON AVENUE, SUITE 2, EAST PROVIDENCE, RI 02914

WESLEY D. PLANTE†, BFA, BLA††, DEA†††
CHAIRMAN AND CHIEF EXECUTIVE OFFICER

JONATHAN W. PLANTE, STUDENT AIDE
DEIDRE C. H. PLANTE, ASST. STUDENT AIDE


CA 07 156 ML

COMPLAINT

WHEREAS, The Property in Receivorship under Allan M. Shine Esquire, Receiver of 125 Dyer Street, Providence known as the Freedom Bay Development, located at 2547 West Main Road, Portsmouth, R.I.and is designated as Lot 1A on Portsmouth's Tax Assessor's Plat and Lot 7 on Middletown Tax Assessors Plat 104.

WHEREAS, The Property in Question for Receivorship contains 105.9 Acres of Land more or less, with 91.5 acres Located in Portsmouth and 14.4 Acres located in Middletown. Within the total 105.9 Acres, 33 Acres are classified as Freshwater Wetlands.

WHEREAS, The "Master Declaration of Condominium Known as the Freedom Bay Condominium" Composes of (TEN) 10 Land Only Master Units and disregards the high caliber magnitude of land receivorship with regard to environmental impact on groundwater discharge into the freshwater wetlands water quality without first identifying the performance of a Riparian Buffer Demarkation incorporating the concept by Land Plan Associates submitted to Toll Brothers, et al in a letter dated March 09, 2007 for 32,670 sq. ft Lots on the bordering Zoning Map in the Receivorship Package by Winograd, Shine,& Zacks, P.C.

WHEREAS, The Declaration of Condominium recorded on November 07, 2005, in the Land of Evidence of Records of the Town of Portsmouth, R.I. in Book 1158 at Page 103 and in the Land Evidence Records of the Town of Middletown, R.I. in Book 955 at Page 153; Shall be a Complaint in this said Court to gentrify the Zoning and Remediate a mixed contextural site development plan for incorporating a 3/4 acre lot subdivision of condominium homes for distinct age categories; this will be known as the Declaration of a Residential Re-Zone with Restrictions Masterplan By this U.S District Court, Adapted by Land Plan Associates,Urban Designers and Environmental Planners, located at 172 Taunton Avenue, Suite 2, East Providence, R.I. 02914.

WHEREAS, Free Passage of the R.I. Department of Environmental Management Watersheds Division Riparian Buffer Restor

---


†HONORED MEMBER, LEXINGTON WHO'S WHO AMONG EXECUTIVES AND PROFESSIONALS
HONORED MEMBER, INTERNATIONAL EXECUTIVE GUILD (BETHPAGE, N.Y.)
GRADUATE OF CALDWELL BANKER
FUNDAMENTAL REAL ESTATE PRE-LICENSE (1985)
††RHODE ISLAND SCHOOL OF DESIGN 1982/83 GRADUATE
PAST MEMBER, AMERICAN SOCIETY OF LANDSCAPE ARCHITECTS, 1985
†††DEA/RI CERTIFIED (DEPARTMENT OF ELDERLY AFFAIRS - 2002)

SECURITY PREVENTION/LIQUID ASSETS, VENTURE CAPITAL SERVICES

A SOLE-PROPRIETORSHIP

172 TAUNTON AVENUE, SUITE 2, EAST PROVIDENCE, RI 02914

WESLEY D. PLANTE†, BFA, BLA††, DEA†††
CHAIRMAN AND CHIEF EXECUTIVE OFFICER

JONATHAN W. PLANTE, STUDENT AIDE
DEIDRE C. H. PLANTE, ASST. STUDENT AIDE

ation Fund Act Shall Constitute the Plantiff's argument that environmental encroachment of the RAWP is BENEFICIAL UNDER A LIMITATION OF ZONING for residential parcels not clustered development whereby the

cubic feet per second (cfs) runoff from the receivorships' assets design package would supercede the negotiations over and above the sedimentation and water compensatory storage discharge rate in land area capacity for land building density without in the RIDEM manual to inadvertently force a need for encroachment using a riparian buffer surrounding the 33 acre Freshwater Wetlands.

WHEREAS, U.S. CIVIL CODE, ENVIRONMENTAL LAW #____________ mandates restitution under procedures to protect a Freshwater Wetlands Encroachment. A Remedial Action Work Plan (RAWP) is a determination for a Plantiffs Argument to Re-design THE SITE'S subdivision of Parcel Configuration in Exhibit # 1. The Defintion of a parcel of "Distinct Age Categories" is single family condominiums; elderly persons condominiums: professional persons condominiums; all protypical of design structures by Land Plan Associates, Urban Designers and Environmental Planners.

Wesley D. Plante, DEA/RI Certified
401-433-0694
5 Ferncrest Drive
Riverside, R.I. 02915