
SECURITY PREVENTION / LIQUID ASSETS
VENTURE CAPITAL SERVICES D/B/A
LAND PLAN ASSOCIATES
172 TAUNTON AVE. STE. 2
EAST PROVIDENCE, RI 02914
SECURITY PREVENTION / LIQUID ASSETS
VENTURE CAPITAL SERVICES D/B/A
LAND PLAN ASSOCIATES
172 TAUNTON AVE. STE. 2
EAST PROVIDENCE, RI 02914
SECURITY PREV
VENTURE CAPIT.
LAND PLAN ASS
172 TAUNTON AV
EAST PROVIDEN
ZONING SETBACK
FIRE LANE REINFORCED TURF
LOADING ZONE
EXISTING HOUSE TO BE REMOVED
PROPOSED FUTURE 20' EMERGENCY ACCESS
WETLAND COMPLEX

EXHIBIT #1 "FREEDOM BAY DEVELOPMENT"
PROPOSAL RE-DESIGN BY:
Wesley D. Plante, BFA, BLA, MBA
Chairman and Chief Executive Officer

SECURITY PREVENTION / LIQUID ASSETS
VENTURE CAPITAL SERVICES D/B/A
LAND PLAN ASSOCIATES
172 TAUNTON AVE. STE. 2
EAST PROVIDENCE, RI 02914