Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LDA

TO: Wesley D. Plante

RE: CA07-156ML

Plante v Shine, et al.

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on **5/21/2007**, and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

X Your document(s) are hereby refused and returned to you for the following reason(s):

X 1. Pleadings, motions, other papers are not signed in accordance with Administrative Procedure 9(c) (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

_____ 2. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

_____ 3. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

X 4. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

_____ 5. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

_____ 6. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 7. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

_____ 8. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

_____ 9. Any pleading or other document asserting a claim or counterclaim of any type shall include the full caption showing the names of all parties. (DRI LR Cv 5(a)(1).

_____ 10. ______________________________

ENTER:

United States Magistrate Judge
cc: Counsel of Record

Date: 5/21/07

LCL 5/21/07

SECURITY PREVENTION/LIQUID ASSETS,
VENTURE CAPITAL SERVICES

A SOLE-PROPRIETORSHIP
172 TAUNTON AVENUE, SUITE 2, EAST PROVIDENCE, RI 02914

WESLEY D. PLANTE†, BFA, BLA††, DEA†††
CHAIRMAN AND CHIEF EXECUTIVE OFFICER

JONATHAN W. PLANTE, STUDENT AIDE
DEIDRE C. H. PLANTE, ASST. STUDENT AIDE

07 - 156ML

U.S. DISTRICT COURT

Plaintiff

Wesley D. Plante
d/b/a/ Land Plan Associates

v.

Alan M. Shine, Receiver
for Freedom Bay Cottages, LLC

Scotts Landscaping Management
et al.

The valid constitutional merit to suit in this Honorable U.S. District Court brings due process that the preamble of the 1963 RI Freshwater Wetlands Act, as ameneded cites civil stautue R.I.G.L. 23-19.14 (Exhibit #1) under the law of Loss and Storage Compensatory mitigation, certain points of reference that infer and 'deliver" questionable doubt and reasonable cause that a flood would occur on this property should the context of increasing density of the clustered assisted living units as suggested by David B. Martland, Esq.of the law office of Silva, Thomas, Martland & Offenberg, Ltd. (Exhibit#2) that the RI Department of Environmental Management has not approved, yet they substantiate that in the bid offer presented in the enclosed package, that the cavaet emptor is the "asset" remain as an assigned right under the land and the receiver still owns it after direct purchase violating the Remedial Action Work Plan civil statue 42 U.S.C. §§9601 (Exhibit #3) by way of the EnvironmentaL Protection Agency's civil staue remedial legislation known as 'Brownsfield Sites Cleanup Act of 2000."

It is further to be heard to bear the testimony of the Court, the validity of the Rhode Island Riparian Restoration Act Grant process that the buffer of sustainable plants, trees and shrubs (95'-00" wide in three plains of topographic, hyrdologic and bankfull width)to absorb, clean, and protect the outer and inside 33 acre Freshwater on-site Wetlands from pollution, mosquitos, water quality, sedimentation, and flooding. To prove the cubic feet per second computation is Q=ACI or Q(Quantity)= Area x coefficient of runoff x intensity of rainfall.(Exhibit #4)