UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WESLEY DANA PLANTE d/b/a
LAND PLAN ASSOCIATES

v. CA 07-156 ML

ALLAN M. SHINE, Receiver of
Freedom Bay Cottages, LLC

ORDER

This matter is before the Court on a Report and Recommendation for Summary Dismissal Pursuant to 28 U.S.C. § 1915(e) issued by Magistrate Judge Almond on May 14, 2007. No objection having been filed, the Report and Recommendation is adopted in its entirety. The Complaint is dismissed without prejudice.

SO ORDERED:

Mary M. Lisi
Chief U.S. District Judge
May 30, 2007