# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**WESLEY DANA PLANTE, d/b/a**
**LAND PLAN ASSOCIATES**

**VS.** **C.A. NO. 07-156ML**

**ALLAN M. SHINE, Receiver of**
**Freedom Bay Cottages, LLC**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, Allan M. Shine, Receiver of Freedom Bay Cottages, LLC, against the plaintiff, Wesley Dana Plante, d/b/a Land Plan Associates, pursuant to the Order dated May 30, 2007 accepting the Report and Recommendation of Magistrate Judge Lincoln D. Almond dated May 14, 2007 and DISMISSING the complaint without prejudice.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: May 30, 2007